# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jameel Antonio Peters,

                                                               Civ. No. 15-4264 (PJS/BRT)

        Plaintiff,

v.

                                                      **ORDER**

Ramsey County Jail,

        Defendant.

      This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 20, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for lack of prosecution.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: 5/2/16

                                                    *s/Patrick J. Schiltz*
                                                    PATRICK J. SCHILTZ
                                                    United States District Judge